IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAMELA J. BOUTWELL and REDBOW NLN,  ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v.  ) ) | 2:13cv170-MHT (WO) |
| J. CLARK WALKER, et al.,  ) ) | |
| Defendants.  ) | |

OPINION

Plaintiffs filed this lawsuit seeking to enforce or clarify a bankruptcy-court order. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed without prejudice. Also before the court are plaintiffs' objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of April, 2013.

                              /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE